**Opinion filed September 27, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00212-CR
_____

## GERALD DON GATEWOOD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 06-3674**

## MEMORANDUM OPINION

Appellant, Gerald Don Gatewood, has filed a pro se notice of appeal in this cause. We dismiss the appeal.

In 2007, Appellant was convicted of felony driving while intoxicated and sentenced to confinement for a term of fifty years. Appellant has recently filed a notice of appeal that relates to an application for writ of habeas corpus and a motion

to set aside the indictment and vacate the judgment.[1]  *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015).  We notified Appellant by letter that it did not appear to this court that we had jurisdiction over this appeal.  We requested that Appellant respond and show grounds to continue the appeal.  Appellant has filed a response but has not shown grounds upon which this appeal may be continued.

The substance of the relief sought by Appellant in this appeal is postconviction relief from a final felony conviction—relief for which the habeas corpus procedure set out in Article 11.07 of the Code of Criminal Procedure provides the exclusive remedy.  *See id.*  Article 11.07 vests complete jurisdiction for such relief in the Texas Court of Criminal Appeals.  *Id.* art. 11.07, §§ 3, 5; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995); *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).  We have no jurisdiction to entertain this appeal.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

September 27, 2018

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[1] We note that the Court of Criminal Appeals dismissed Appellant's application for writ of habeas corpus, without a written order, on September 5, 2018.

[2] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.